IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RENE TAMEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-92 |
| WARDEN, FCC BEAUMONT MEDIUM | § | |

### ORDER REGARDING *IN FORMA PAUPERIS* STATUS

Petitioner, proceeding *pro se*, submitted the above-styled petition for writ of habeas corpus. Petitioner did not include the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner must submit either the filing fee or an application to proceed *in forma pauperis* accompanied by a statement prepared by an authorized BOP official showing the average balance and average deposits to petitioner's inmate trust account for the preceding six months.

It is **ORDERED** that petitioner shall, within twenty (20) days from the date set forth below, submit the filing fee or an application to proceed *in forma pauperis* accompanied by a statement prepared by an authorized BOP official showing the average balance and average deposits to petitioner's inmate trust account for the preceding six months.

SIGNED this 28th day of February, 2019.

_____
Zack Hawthorn
United States Magistrate Judge