**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 11 2019

BY
DEPUTY_____

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:19cv92 Rene Tamez
RECEIVED: (2) ord
on this 6th day of March, 2019, at 0831 a.m./p.m.
at FCC Beaumont Medium
(Name of Institution)

_____    _____
Witness (if by mark)    (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____ , 20_____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness                                    BC