IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RENE TAMEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-92 |
| WARDEN, FCC BEAUMONT | § | |

<u>SHOW CAUSE ORDER</u>

This cause has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1) and (3), and having considered same, the undersigned is of the opinion that petitioner states one or more factual allegations which, if true, state a cause of action under 28 U.S.C. § 2241. It is therefore

**ORDERED** that the Clerk of Court shall issue process, and the respondent shall have sixty (60) days from the date of service of process to answer the Petition for Writ of Habeas Corpus, and show cause why relief prayed for should not be granted.  The respondent shall include in his answer the portion of the record deemed relevant.

SIGNED this 25th day of March, 2019.

_____
Zack Hawthorn
United States Magistrate Judge