**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 26 2019

BY
DEPUTY_____

## ACKNOWLEDGMENT OF RECEIPT

✓ Show Cause Order

Case Number  1:19cv92

Case Style  Tamez vs. Warden FCC Bmt

___ Original Case File

Case Number _____

Case Style _____

___ Other

_____

_____

_____

For Asst US Attorney  Mike Lockhart

Received by  Kim Ju

Date  3-26-19

*(28:2241) Writ of Habeas Corpus (Federal) assigned to AUSA Mike Lockhart*

bc